

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.406

02 1R
0006557458          DEC 10 2014
MAILED FROM ZIPCODE 78701

RE: WR-82,433-01

DONALD CHASE STIERS

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS CO SHERIFF'S DEPT.